**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 99-21123**
**Summary Calendar**

**PATRICIA GODWIN,**

**Plaintiff-Appellant,**

**v.**

**UNITED AIRLINES,**

**Defendant-Appellee.**

**Appeal from the United States District Court for the**
**Southern District of Texas**
**Lower Court Number H-98-CV-285**

June 1, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

The court has considered appellant's position in light of the briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.